IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**WATSON CONSTRUCTION COMPANY**
**INC.**, a Florida corporation,

      **Plaintiff,**

vs.                                                CASE NO.: 1:05-CV-094-SPM

**CITY OF GAINESVILLE,**
a political subdivision,

      **Defendant.**
_____/

**ORDER EXTENDING TIME TO FILE RESPONSES**

      **THIS CAUSE** comes before the Court upon the "Unopposed Motion for an Enlargement of Time . . . ." (doc. 81) filed by Defendant January 27, 2006, in which Defendant requests a five-day extension of time in which to file responses to Plaintiff's motion to strike and motion for summary judgment (both contained in doc. 60). Defendant, City of Gainesville, explains that renovations at the City Attorney's Office has hampered counsel's ability to prepare a timely response to Plaintiff's motions. Defendant anticipates that this five-day extension will also enable it to file a counter-motion for summary judgment at that time, which will present all dispositive issues to the Court at once. Plaintiff is unopposed to the granting of the motion for enlargement.

      Finding the request to be reasonable, it it is

**ORDERED AND ADJUDGED** as follows:

1. The motion for extension of time (doc. 81) is hereby *granted*.

2. Defendant shall file its response to the motion to strike affirmative defenses (doc. 60) on or before ***February 6, 2006***.

3. Defendant shall file its separate response to the motion for summary judgment (doc. 60) on or before ***February 6, 2006***.

**DONE AND ORDERED** this <u>thirty-first</u> day of January, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao